KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BOBBY WADE,<br><br>    Defendant. | No. CR 06 0287 MHP<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME FROM<br>SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties, and with the consent of defendant Bobby Wade, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 24, 2006 to August 14, 2006.  The parties agree, and the Court finds and holds, as follows:

    1.  Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

    2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from July 24, 2006, to August 14, 2006, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

3.  Accordingly, and with the consent of the defendant, at the hearing on July 24, 2006, the Court ordered that the period from July 24, 2006 to August 14, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: August 17, 2006                   _____/s/_____
                                         GEOFFREY A. HANSEN
                                         Attorney for Defendant

DATED: August 16, 2006                   _____/s/_____
                                         ANDREW P. CAPUTO
                                         Assistant United States Attorney

IT IS SO ORDERED.

DATED:  8/28/2006_____                  HON._____
                                         United____

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2