KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 0287 MHP |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| BOBBY WADE, | |
|     Defendant. | |

    This matter will next come before this Court on September 18, 2006, at 10:00 a.m.  The United States has offered a plea agreement to defendant Bobby Wade.  To allow defense counsel reasonable time necessary for effective preparation, including time to address the proposed plea agreement, the parties hereby stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from August 14, 2006 to September 18, 2006.  The parties respectfully request this Court to adopt this stipulation as an order of the Court.  Defendant Wade consents to this proposed exclusion.  The parties agree, and request that the Court find and hold, as follows:

    1. Defendant agrees to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

2. Given these circumstances, the ends of justice served by excluding the period from August 14, 2006, to September 18, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the parties stipulate that the period from August 14, 2006, to September 18, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and respectfully request that the Court enter an order to that effect..

IT IS SO STIPULATED:

DATED: August 29, 2006

_____/s/_____
GEOFFREY A. HANSEN
Attorney for Defendant

DATED: August 29, 2006

_____/s/_____
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 31, 2006

HON.
United

IT IS SO ORDERED
Judge Marilyn H. Patel