1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant WADE aka MINNIEWEATHER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )   No. CR-06-287 MHP
                                         )
12 |                Plaintiff,           )
                                         )   **STIPULATION AND ORDER TO**
13 | vs.                                 )   **CONTINUE SENTENCING**
                                         )
14 | BOBBY WADE aka DWIGHT               )
    MINNIEWEATHER,                       )
15                                       )
                   Defendant.            )
16 | _____

17

18

19     Due to the unavailability of defense counsel, the sentencing in this matter is continued

20  from January 8, 2007 until February 12, 2007.

21

22  It is so stipulated.

23
    Date:  1/2/07                      __/s/_____
24                                     Geoffrey Hansen
                                       Counsel for Defendant WADA aka MINNIEWEATHER
25

26

SENTENCING STIPULATION            1

1 | Date:  1/3/07                              /s/
2 |                                            Drew Caputo
   |                                            Assistant United States Attorney
3 |
4 | **IT IS SO ORDERED**.
5 | Date:  1/5/07                              _____
6 |                                            MARILYN HALL PATEL
   |                                            United States District Court Judge

SENTENCING STIPULATION                           2