1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Fax: (415) 436-7234
        Denise.Barton@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,            )  Case No. CR 06-00287 RS
                                        )
14        Plaintiff,                    )
                                        )  STIPULATION AND [PROPOSED] ORDER
15     v.                               )
                                        )
16 BOBBY WADE,                          )
                                        )
17        Defendant.                    )
                                        )
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. CR 06-00287 RS

1  The defendant has a pending supervised release violation. The Probation Department cannot
2  release discovery materials relating to the pending violation absent a Court Order. To permit the parties
3  to assess the allegations in the violation and prepare for any violation or sentencing hearing, the parties
4  request that the Court order the Probation Department to provide all discovery relating to the pending
5  violation and the Presentence Report in the case.

7  DATED: June 26, 2014                           Respectfully submitted,

8                                                 MELINDA HAAG
9                                                 United States Attorney

11                                                _____/s/_____
                                                  DENISE MARIE BARTON
12                                                Assistant United States Attorney

14                                                _____/s/_____
15                                                GEOFFREY HANSEN
                                                  Attorney for Bobby Wade

17                             [~~PROPOSED~~] ORDER

18  Good cause having been shown, the Court hereby orders the Probation Office to provide the
19  parties with all discovery relating to the pending violation notice and the Presentence Report in the case

21  Dated: 6/27/14                                 _____
22                                                 HONORABLE RICHARD SEEBORG
                                                   District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. CR 06-00287 RS