1  STEVEN G. KALAR
   Federal Public Defender
2  SHILPI AGARWAL
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5  Telefacsimile: (415) 436-7706

6  Counsel for Defendant WADE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,           )   No. CR-06-0287 RS
                                        )
13              Plaintiff,              )   STIPULATION AND [~~PROPOSED~~]
                                        )   ORDER TO CONTINUE SENTENCING
14  v.                                  )
                                        )
15  BOBBY WADE,                         )
                                        )
16              Defendant.              )
    _____)
17

18      The above-captioned matter is currently set for a Sentencing Hearing for Revocation of

19  Supervised Release on Tuesday, September 16, 2014, at 2:30 pm. A conflict has recently arisen

20  in counsel for Defendant's schedule. Accordingly, and in order to ensure that Defendant is

21  adequately represented, the defense requests a one-week continuance of the sentencing hearing.

22  Specifically, the defense requests that the sentencing hearing be continued until September 23,

23  2014, at 2:30pm. The United States has no objection to the continuance and is available on the

24  requested date.

25  //

26  *U.S. v. Wade*, No. CR-06-0287 RS
    STIP & PROP ORD TO CONTINUE
    SENTENCING
                                1

1    IT IS SO STIPULATED.

2

3    DATED: 9/12/14                              /s/
                                              DENISE BARTON
4                                             Assistant United States Attorney

5
     DATED: 9/12/14                              /s/
6                                             SHILPI AGARWAL
                                              Assistant United States Attorney
7
     IT IS SO ORDERED.
8

9
     DATED: 9/15/14
10                                            HON. RICHARD SEEBORG
                                              United States District Judge
11

*U.S. v. Wade*, No. CR-06-0287 RS
STIP & PROP ORD TO CONTINUE
SENTENCING

2